**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | | |
|---|---|---|
| TERESA SABBIE, individually, as personal representative of the ESTATE OF MICHAEL SABBIE, and as parent and natural guardian of her minor children, T.S., T.S., and M.S.; SHANYKE NORTON, as parent and natural guardian of her minor child, M.S.; KIMBERLY WILLIAMS; MARCUS SABBIE; and CHARLISA CRUMP, | § § § § § § § § § | CIVIL ACTION NO.: 17-cv-00113-RWS-CMC |
| Plaintiffs, | § § | |
| v. | § § | |
| SOUTHWESTERN CORRECTIONAL, LLC d/b/a LASALLE CORRECTIONS, LLC and LASALLE SOUTHWEST CORRECTIONS; LASALLE MANAGEMENT COMPANY, LLC; BOWIE COUNTY, TEXAS; the CITY of TEXARKANA, ARKANSAS; TIFFANY VENABLE, LVN, individually; M. FLINT, LVN, individually; GREGORY MONTOYA, M.D., individually; CLINT BROWN, individually; NATHANIEL JOHNSON, individually; BRIAN JONES, individually; ROBERT DERRICK, individually; DANIEL HOPKINS, individually; STUART BOOZER, individually; ANDREW LOMAX, individually; SHAWN PALMER, individually; SIMONE NASH, individually; and JOHN and JANE DOES 1-10, | § § § § § § § § § § § § § § § § § § | |
| Defendants. | § | |

**NOTICE OF VOLUNTARY DISMISSAL OF JOHN AND JANE DOES 1-10**

COME NOW, Plaintiffs, and hereby give notice of their voluntary dismissal of defendants John and Jane Does 1-10 only, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

DATED: October 31, 2017

Respectfully submitted,

*/s/ Edwin S. Budge*
Edwin S. Budge
Erik J. Heipt
Budge & Heipt, PLLC
705 2nd Ave., Suite 910
Seattle, WA 98104
Telephone: (206) 624-3060
FAX: (206) 621-7323
ed@budgeandheipt.com
erik@budgeandheipt.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

This is to certify that on October 31, 2017, a true and correct copy of the above and foregoing document was filed through the court's CM/ECF system and thereby served upon the following counsel of record:

Paul Miller
Troy Hornsby
Miller, James, Miller  Hornsby, LLP
1725 Galleria Oaks Drive
Texarkana TX 75503
paulmiller@cableone.net
troy.hornsby@gmail.com

                                          */s/ Edwin S. Budge*
                                          Edwin S. Budge