# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| TERESA SABBIE, individually, as personal representative of the ESTATE OF MICHAEL SABBIE, and as parent and natural guardian of her minor children, T.S., T.S., and M.S.; SHANYKE NORTON, as parent and natural guardian of her minor child, M.S.; KIMBERLY WILLIAMS; MARCUS SABBIE; and CHARLISA CRUMP, <br><br>　　　　Plaintiffs, <br><br>v. <br><br>SOUTHWESTERN CORRECTIONAL, LLC d/b/a LASALLE CORRECTIONS, LLC and LASALLE SOUTHWEST CORRECTIONS; LASALLE MANAGEMENT COMPANY, LLC; BOWIE COUNTY, TEXAS; the CITY of TEXARKANA, ARKANSAS; TIFFANY VENABLE, LVN, individually; M. FLINT, LVN, individually; GREGORY MONTOYA, M.D., individually; CLINT BROWN, individually; NATHANIEL JOHNSON, individually; BRIAN JONES, individually; ROBERT DERRICK, individually; DANIEL HOPKINS, individually; STUART BOOZER, individually; ANDREW LOMAX, individually; SHAWN PALMER, individually; SIMONE NASH, individually; and JOHN and JANE DOES 1-10, <br><br>　　　　Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § §   NO.: 5:17-cv-00113-RWS-CMC |

**PLAINTIFFS' NOTIFICATION REGARDING SERVICE OF DISCOVERY REQUESTS**

1

2

Notice is hereby given that Plaintiffs have recently served the following discovery requests on counsel for defendants:

- Plaintiffs' June 21, 2018 Requests for Admission to Corporate Defendants (served June 21, 2018);

- Plaintiffs' June 21, 2018 Interrogatory to Corporate Defendants (served June 21, 2018);

- Plaintiffs' Third Written Discovery Requests (To Corporate Defendants) (served June 14, 2018).

DATED this 21st day of June, 2018.

BUDGE & HEIPT, PLLC


*/s/ Edwin S. Budge*
Edwin S. Budge
Erik J. Heipt
705 2nd Ave., Suite 910
Seattle, Washington 98104
ed@budgeandheip.com
erik@budgeandheipt.com
Telephone: (206) 624-3060

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

This is to certify that on June 21, 2018, a true and correct copy of the above and foregoing document was filed through the court's CM/ECF system and thereby served upon the following counsel of record:

Paul Miller
Troy Hornsby
Miller, James, Miller  Hornsby, LLP
1725 Galleria Oaks Drive
Texarkana TX 75503
paulmiller@cableone.net
troy.hornsby@gmail.com

DATED this 21st day of June, 2018.

*/s/ Edwin S. Budge*
Edwin S. Budge
Of Budge & Heipt, PLLC
705 Second Ave., Suite 910
Seattle, WA 98122
206-624-3060
erik@budgeandheipt.com
ed@budgeandheipt.com