IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| TERESA SABBIE, individually, as personal representative of the ESTATE OF MICHAEL SABBIE, and as parent and natural guardian of her minor children, T.S., T.S., and M.S.; SHANYKE NORTON, as parent and natural guardian of her minor child, M.S.; KIMBERLY WILLIAMS; MARCUS SABBIE; and CHARLISA CRUMP,<br><br>Plaintiffs,<br><br>v.<br><br>SOUTHWESTERN CORRECTIONAL, LLC d/b/a LASALLE CORRECTIONS, LLC and LASALLE SOUTHWEST CORRECTIONS; LASALLE MANAGEMENT COMPANY, LLC; BOWIE COUNTY, TEXAS; the CITY of TEXARKANA, ARKANSAS; TIFFANY VENABLE, LVN, individually; M. FLINT, LVN, individually; GREGORY MONTOYA, M.D., individually; CLINT BROWN, individually; NATHANIEL JOHNSON, individually; BRIAN JONES, individually; ROBERT DERRICK, individually; DANIEL HOPKINS, individually; STUART BOOZER, individually; ANDREW LOMAX, individually; SHAWN PALMER, individually; SIMONE NASH, individually; and JOHN and JANE DOES 1-10,<br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | No. 5:17-cv-0113-RWS-CMC |

### DECLARATION OF EDWIN S. BUDGE

**IN SUPPORT OF THE ESTATE OF MICHAEL SABBIE'S MOTION TO COMPEL PRODUCTION OF CERTAIN VIDEO EVIDENCE**

EDWIN S. BUDGE hereby declares as follows:

1. I am one of the attorneys for the plaintiffs in the above-captioned matter. I have personal knowledge of the matters stated herein and am otherwise competent to testify thereto.

2. Attached hereto as Exhibit A is a true and correct copy of excerpts from the May 30, 2018 Deposition of Tiffany Venable.

3. Attached hereto as Exhibit B is a true and correct copy of a record from the Texarkana, Arkansas Police Department summarizing an interview with Tiffany Venable after the death of Michael Sabbie.

4. Attached hereto as Exhibit C is a true and correct copy of excerpts from the May 31, 2018 Deposition of Mia Flint.

5. Attached hereto as Exhibit D is a true and correct copy of a record from the Texarkana, Arkansas Police Department summarizing an interview with an inmate after the death of Michael Sabbie.

6. Attached hereto as Exhibit E is a true and correct copy of the Corporate Defendants' Use of Force Policy.

7. Attached hereto as Exhibit F is a true and correct copy of excerpts from Plaintiff's First Discovery Requests to the Corporate Defendants, and the Corporate Defendants responses.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this 16th day of July, 2018 at Seattle, Washington.

/s/ *Edwin S. Budge*_____

## CERTIFICATE OF SERVICE

This is to certify that on July 16, 2018, a true and correct copy of the above and foregoing document was filed through the court's CM/ECF system and thereby served upon the following counsel of record:

Paul Miller
Troy Hornsby
Miller, James, Miller, Hornsby, LLP
1725 Galleria Oaks Drive
Texarkana TX 75503
paulmiller@cableone.net
troy.hornsby@gmail.com


                                            */s/ Edwin S. Budge*
                                            Edwin S. Budge