## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
### TEXARKANA DIVISION

| | | |
|---|---|---|
| **TERESA SABBIE**, individually, as personal representative of the **ESTATE OF MICHAEL SABBIE**, and as parent and natural guardian of her minor children, T.S., T.S., and M.S.; **SHANYKE NORTON**, as parent and natural guardian of her minor child, M.S.; **KIMBERLY WILLIAMS**; **MARCUS SABBIE**; and **CHARLISA CRUMP**, *Plaintiffs* | § § § § § § § § § § | |
| v. | § § | NO. 5:17-CV-113 |
| **SOUTHWESTERN CORRECTIONAL, LLC** d/b/a **LASALLE CORRECTIONS, LLC** and **LASALLE SOUTHWEST CORRECTIONS ET AL** *Defendants* | § § § § § | |

## ORDER ON UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL

After considering the parties' Unopposed Motion for Leave to File Under Seal, the Court:

GRANTS the motion and accepts filing of the Confidential Compromise Settlement Agreement and Release under seal.

**SIGNED this 9th day of July, 2019.**

*/s/ Caroline M. Craven*
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE