# IN THE UNITED STATES DISTRICT COURT
# OF THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | | |
|---|---|---|
| TERESA SABBIE, individually, as personal representative of the ESTATE OF MICHAEL SABBIE, and as parent and natural guardian of her minor children, T.S., T.S, and M.S.; SHANYKE NORTON, as parent and natural guardian of her minor child, M.S.; KIMBERLY WILLIAMS; MARCUS SABBIE; and CHARLISA CRUMP<br><br>v.<br><br>SOUTHWESTERN CORRECTIONAL, LLC d/b/a LASALLE CORRECTIONS, LLC and LASALLE SOUTHWEST CORRECTIONS; et al. | § § § § § § § § § § § § § § § § | CASE NO. 5:17cv113-RWS-CMC |

## ORDER ADOPTING THE REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Caroline M. Craven pursuant to 28 U.S.C. § 636. On July 9, 2019, the Magistrate Judge entered a Report and Recommendation (Docket No. 165) with attached Sealed Exhibit 1 (Docket No. 166), containing her proposed findings that the settlement agreement is fair, just, and equitable and is in the best interest of the minor children and her proposed recommendations that the terms of the settlement be approved as set forth in the sealed Confidential Compromise Settlement Agreement & Release (Docket No.162). The Magistrate Judge further recommended the Court order that John David Crisp, Sr. be paid a fee for serving as guardian ad litem. The Magistrate Judge's specific proposal regarding the guardian ad litem fee is set forth in the Sealed Recommendation Regarding Guardian Ad Litem Fee, attached as Sealed Exhibit 1 to the Report and Recommendation.

The Magistrate Judge advised the parties that any objections to the Report and Recommendation, including the attached sealed recommendation regarding the payment of the guardian ad litem fee, must be filed within three days. Both sides have filed notices of non-objection to the Report and Recommendation.

The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby **ADOPTS** the Report of the United States Magistrate Judge as the findings and conclusions of this Court. The Court approves the sealed Confidential Compromise Settlement Agreement & Release referenced in the Report and Recommendation and filed as Docket No.162. The Court further adopts the Magistrate Judge's recommendations set forth in the Sealed Recommendation Regarding Guardian Ad Litem Fee, attached as Sealed Exhibit 1 to the Report and Recommendation. Accordingly, it is hereby

**ORDERED** that the terms of the sealed Confidential Compromise Settlement Agreement & Release are **APPROVED**. It is further

**ORDERED** that within fifteen (15) days following the funding of the settlement agreement, Defendants and Plaintiffs shall each pay John David Crisp, Sr. their one-half of the ad litem fees specified in Sealed Exhibit 1 to the Report and Recommendation. It is further

**ORDERED** that within fifteen (15) days following the funding of the settlement agreement, the parties shall file the appropriate dismissal papers.

**So ORDERED and SIGNED this 11th day of July, 2019.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE