IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| TERESA SABBIE, INDIVIDUALLY, AS PERSONAL REP OF THE ESTATE OF MICHAEL SABBIE, AS PARENT AND NATURAL GUARDIAN OF MINOR CHILDREN T.S, T.S, AND M.S.; SHANYKE NORTON, AS PARENT AND NATURAL GUARDIAN OF HER MINOR CHILD, M.S.; KIMBERLY WILLIAMS, MARCUS SABBIE, CHARLISA CRUMP,<br><br>Plaintiffs,<br><br>v.<br><br>SOUTHWESTERN CORRECTIONAL, LLC, LASALLE MANAGEMENT COMPANY, LLC, LVN TIFFANY VENABLE, LVN M. FLINT, CLINT BROWN, NATHANIEL JOHNSON, BRIAN JONES, ROBERT DERRICK, DANIEL HOPKINS, STUART BOOZER, ANDREW LOMAX, SHAWN PALMER, SIMONE NASH,<br><br>Defendants. | CIVIL ACTION NO. 5:17-CV-00113-RWS |

## FINAL JUDGMENT

Pursuant to the Court's order dismissing the case, the Court hereby enters Final Judgment. Accordingly, it is

**ORDERED** that above-captioned cause is **DISMISSED WITH PREJUDICE**. All motions by either party not previously ruled on are hereby **DENIED AS MOOT**.

The Clerk of the Court is directed to close this case.

It is so **ORDERED**.

**SIGNED** this 13th day of August, 2019.

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE